80,755-01,02

Court of Criminal Appeals
P.O. BOX 12308, Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 14 2015
Abel Acosta, Clerk

RE: Cause No. 1306394A, 1306395A
State v. José A Barda
TDCJ No. 01765564

•Dear Sir/Madam:

On June 05, 2014 I received my last official Notice of the procedure that was taking action in behave of my Application for a Writ of Habeas Corpus, being the following writs; WR-80,755-01/WR-80-755-02. The last Notice I received stated that, "The supplemental Clerk's record, has been received and presented to the court." This been the case I Would please like further Notice on what actions are being taken or were does my Applications stand.

Any information or Notice would be appriciated, thank you.

Respectivly submitted,

80,755-01,02